FRANK BIANCHI, Respondent, v. JOHN F. KLEIN, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the plaintiff failed to establish freedom from contributory negligence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY KATZ, Respondent, v. BRUNOR REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN WEGEL, Appellant, v. AMAR S. AJIAN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMMA CRAGIN, Appellant, v. WILLIAM B. CRAGIN, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES HEFFERNAN, an Infant, etc., Respondent, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED JAMES COOPER and Another, Appellants, v. GREAT AMERICAN INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE F. KLEMANN, Appellant, v. EFFA L. COLLINS, Individually, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PLAZA BOND AND MORTGAGE COMPANY, Appellant, v. STEFANIA KAZIMIERCZAK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE NASSAUER, Appellant.— Judgment modified by reducing the sentence to the time already served. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RICHARD SICHEL v. LOUISA HANDELSMAN.— Motion granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 26th day of November, 1928. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWARD J. PRINDLE, Individually and as Executor, etc., and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motions granted, with leave to appellant to serve and file one record and one brief on appeal from the four orders and that said four appeals be heard together, and time to serve and file said record on appeal extended to and including November 28, 1928. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

DAISY GARRISON v. CARRIE M. SCHMUCK.— Motion granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 26th day of November, 1928. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

* Affd., 250 N. Y. 601.